## Commonwealth ex rel. Chambers, Appellant, *v.* Botula.

 Submitted April 13,
1964. *John Chambers,* appellant, in propria persona;
*W. Bertram Waychoff,* District Attorney, for appellee.
Order affirmed.

## Commonwealth ex rel. Clark, Appellant, *v.* Maroney.

 Submitted April 14, 1964.
*John Clark,* appellant, in propria persona; *William
Claney Smith,* Assistant District Attorney, and *Robert
W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Crable, Appellant, *v.* Maroney.

 Submitted April 13,
1964. *Dawn Wallace Crable,* appellant, in propria per-
sona; *W. Bertram Waychoff,* District Attorney, for
appellee.

Order affirmed.